**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

IN RE: STEVEN MATTHEW ALBERSON

Debtor(s).

Case No. 08-12784-WV
Chapter 7

**TRUSTEE'S REPORT OF DIVIDENDS UNDER $5.00**

    COMES NOW, L. Win Holbrook, Trustee of the above-captioned bankruptcy matter, Pursuant to Rule 3010 Fed. R. Bankr. P. and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| Regional Radiology<br>PO Box 4955<br>Tulsa, OK  74159<br>Claim # 3 | $2.02 |
| TOTAL: | $2.02 |

    On February 8, 2010 a check made payable to the Court Clerk will be mailed along with a filed copy of this pleading. These proceeds are to be deposited into the courts unclaimed funds account.

Date:  February 8, 2010

/s/L. Win Holbrook

L. Win Holbrook, Trustee
100 North Broadway, Suite 3300
Oklahoma City, OK  73102
(405) 235-8735